■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINA SANTOS, Appellant. [867 NYS2d 679]

The jury's verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). Defendant's guilt was established by the testimony of multiple wit-

nesses, and we find no basis for disturbing the jury's decision to credit those witnesses. Concur—Mazzarelli, J.P., Saxe, Catterson, Renwick and Freedman, JJ.